IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| MICHAEL ANTHONY DAVIS | * |
| #872268 | * |
|     Plaintiff | * |
| v. | * |
| | *  CA-3:06-CV-0930-H |
| JIM HAMLIN, DALLAS COUNTY | * |
| DISTRICT CLERK | * |
| | * |
|     Defendant | * |

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed June 22, 2006, and Plaintiff's Objections thereto, filed June 29, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge; and Plaintiff's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Plaintiff's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: June 30, 2006

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS